|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**TRENK, DiPASQUALE,**<br>  **DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609-695-6070<br>Andrea Dobin (AD-7984)<br>*Proposed Counsel to Thomas J. Orr,*<br>  *Chapter 7 Trustee* | Order Filed on May 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BHATTI, Mustafa J.,<br><br>　　　　　　　Debtor. | Case No. 18-15489 (CMG)<br><br>Honorable Christine M. Gravelle<br><br>Chapter 7 |

Recommended Local Form:　　☐　Followed　　☒　Modified

### ORDER AUTHORIZING RETENTION OF TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C. AS COUNSEL TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 4, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Christine M. Gravelle
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

| | |
|---|---|
| In re: | Bhatti, Mustafa J. |
| Case No.: | 18-15489 (CMG) |
| Applicant: | Thomas J. Orr |

☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Professional: Trenk, DiPasquale, Della Fera & Sodono, P.C.

Address: 427 Riverview Plaza
Trenton, NJ 08611

☒ Attorney for:

  ☒ Trustee   ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:

  ☐ Trustee   ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Other Professional:

  ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Thomas J. Orr, Chapter 7 Trustee, is authorized to retain the professional, Trenk, DiPasquale, Della Fera & Sodono, P.C., to act as counsel for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is April 12, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Mustafa J. Bhatti  
     Debtor

Case No. 18-15489-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 04, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db         +Mustafa J. Bhatti,  100 Province Line Road,   Skillman, NJ 08558-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
        Allen I Gorski    on behalf of Debtor Mustafa J. Bhatti agorski@gorskiknowlton.com
        Andrea  Dobin    on behalf of Trustee Thomas   Orr adobin@trenklawfirm.com
        Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Elias  Abilheira    on behalf of Creditor Suresh  Patel elias@anlegal.net, G32247@notify.cincompass.com
        Jay L. Lubetkin    on behalf of Creditor   Raab Pharmaceuticals LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
        Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
        Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                  TOTAL: 8