**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mustafa J. Bhatti<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9100<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–15489–CMG | |

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mustafa J. Bhatti

10/29/19                                                                     **By the court:**   Christine M. Gravelle
                                                                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                       Case No. 18-15489-CMG
Mustafa J. Bhatti                                                            Chapter 7
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 3                  Date Rcvd: Oct 29, 2019
                               Form ID: 318                 Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db             #+Mustafa J. Bhatti,    100 Province Line Road,    Skillman, NJ 08558-1103
cr              +Itria Ventures, LLC,    c/o Seidman & Pincus, LLC,    777 Terrace Avenue,    Suite 508,
                  Hasbrouck Heights, NJ 07604-3114
cr              +Raab Pharmaceuticals LLC,    c/o Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,
                  Suite 100,    Livingston, NJ 07039-1711
518275874       +Ablheira & Assoc.,    42 E. Main St., Ste. 303,    Freehold, NJ 07728-2276
517544963       +Altus GTS Inc.,    2400 Veterans Memorial Blvd.,    Ste 300,    Kenner, LA 70062-8725
517399629       +Applied Bank,    c/o Nations Recovery Center,    6491 Peachtree Industrial Blvd,
                  Atlanta, GA 30360-2100
517541338       +Catholic Charities of  Trenton,    383 West State Street,    Trenton,NJ 08618-5705
517399632       +Cba Collection Bureau,    Po Box 5013,   Hayward, CA 94540-5013
517399636       +Dana Dewedoff,    c/o Daniel Silverman,Esq,    Costello & Mains, LLC,
                  18000 Horizon Way, Suite 899,    Mount Laurel, NJ 08054-4319
517399637       +David M. Shafkowitz, Esq,    713 Bethlehem Pike,    Glenside, PA 19038-8128
517399639       +ED Healthcare LLC,    1861 Princeton Avenue,    Lawrence Township, NJ 08648-4517
517544961       +ESP Receivables Management, Inc,    PO Box 1547,    Mandeville, LA 70470-1547
517399640       +Edward Feinberg, Esq.,    Atty for 3408 South Broad St. LLC,    249 East Front Street,
                  Trenton, NJ 08611-1717
517399641       +Euler Hermes Collections,    for Blupax Pharmaceuticals, LLC,    800 Red Brook Blvd., Suite 400C,
                  Owings Mills, MD 21117-5190
517399642       +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                  Sioux Falls, SD 57117-5097
517399643       +Geoffrey A. and Judy A. Martis,    711 Main Street,    Toms River, NJ 08753-6517
517399644       +H.D. Smith, LLC,    Brown, Hay and Stephens,LLP,    205 Soth Fifth Street, Suite 700,
                  P.O. Box 2459,    Springfield, IL 62705-2459
517399646       #+Itria Ventures LLC,    462 Seventh Avenue,    20th Floor,    New York, NY 10018-7423
517399647       +Itria Ventures, LLC,    c/o Mitchell B. Seidman, esq.,    777 Terrace Avenue,    Suite 508,
                  Hasbrouck Heights, NJ 07604-3114
517399648       +James Cozine/Urban Edge Properties,    210 Route 4 East,    Paramus, NJ 07652-5108
517399649       +James Krasny, Esq.,    Richard Avis & Ass. attys for PBA Health,    PO Box 31579,
                  Chicago, IL 60631-0579
517399650       +Kevin B. Riordan, Esq.,    Atty for Michael Napolitano,    20 Hadley Avenue,
                  Toms River, NJ 08753-7577
517399651       +Lease Consulants Corporation,    c/o Aaron H. Ginkens,Esq.,    2700 Westown Parkway,    Suite 170,
                  West Des Moines, IA 50266-1411
517399652       +Leonard Marshall,    Parkwood at Cambridge Crossing,    2306 Wickham Terrace,
                  Clifton, NJ 07013-2687
517399655       +MBF Leasing LLC,    525 Washington Blvd.,    Jersey City, NJ 07310-1606
517399658       +MCRP Pennington Urban Renewal, LLC,    58 Overhill Road,    East Brunswick, NJ 08816-4212
517544960       +Micro Merchant Systems,    6800 Jericho Turnpike,    Suite 203 E,    Syosset, NY 11791-4442
517399659       +Mujtaba Bhatti (Brother),    1027 North Olden Avenue,    Trenton, NJ 08638-4905
517544959       +NDC Distributors LLC,    1825 65th Street; Suite 300,    Brooklyn, NY 11204-3801
517399661        NJ Attorney General,    Div of Law/RJ Hughes Justice Complex,    25 Market Street,    PO Box 112,
                  Trenton, NJ 08625-0112
517399662        NJ Attorney General- Lottery,    Div of Law/RJ Hughes Justice Complex,    25 Market Street,
                  PO Box 112,    Trenton, NJ 08625-0112
518457206       +New Jersey Office of the State Comptroller, MFD,    Care of: Arundhati Mohankumar, DAG,
                  25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
517399663       +Norris McLaughlin and Marcus, P.A.,    Sara Lewis, Esq,    Attys for H.D. Smith , LLC,
                  875 3rd Avenue, 8th Floor,    New York, NY 10022-7238
517544958       +PBA Health,    6300 Enterprise Road,    Kansas City, MO 64120-1336
517399664       +PCCA,    Nell Wagner- Credit and Collections Dept,    9901 S. Wilcrest Drive,
                  Houston, TX 77099-5132
517399665       +Pharmasource, Inc,    c/o ESP Receivables Mgmt, Inc,    PO Box 1547,    Mandeville, LA 70470-1547
517399666       +Primed Pharmaceuticals,    34 Industrial Way East,    Unit 1A,    Eatontown, NJ 07724-3341
517399667       +Raab Pharmaceuticals LLC,    967 East 25th Street,    Paterson, NJ 07513-1550
517544957       +Rafael Inc.,    665 Newark Avenue,    Suite 409,    Jersey City, NJ 07306-2321
517399670       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,    N.J. Division of Taxation,
                  Bankruptcy Section-50 Barrack St.-9th Fl,    P.O. Box 245,    Trenton, NJ 08695-0245)
517399668       +Saracino & Saracino, LLC,    Atty for Fazzinga,    500 Union Boulevard,    Totowa, NJ 07512-2491
517544956       +Sequium Asset Solutions LLC,    1130 Northchase Pkwy; Ste 150,    Marietta, GA 30067-6429
517399669       +Shabbir A. Bhatti,    121 Masterson Court,    Trenton, NJ 08618-1437
517399671        State Of New Jersey Dept. of Labor,    Division of Employer Accounts,    PO Box 379,
                  Trenton, NJ 08625-0379
518456498       +State of New Jersey,    Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006
517399672       +Strategic Funding Source, Inc.,    Attn: Jason Bishop,    2500 Discovery Blvd.,
                  Rockwall, TX 75032-6316
517399673       +Sunrise Investments LLC,    c/o Reed Gusciora, Esq.,    PO Box 1236,    Princeton, NJ 08542-1236
517399675       +T Blue Investments,    57 Brant Ave.,    Suite 200,    Clark, NJ 07066-1568
517399676        T Blue Investments LLC,    c/o Fein, Such Kahn & Shepard,    7 Century Drive,    Suite 201,
                  Parsippany, NJ 07054-4609
517544955       +Travis 121 Main Properties,    PO Box 380,    Lodi, NJ 07644-0380
```

```
District/off: 0312-3           User: admin               Page 2 of 3                 Date Rcvd: Oct 29, 2019
                               Form ID: 318              Total Noticed: 76


517399682      +United States Attorney General,   US Department of Justice,   Ben Franklin Station,
                 PO Box 683,   Washington, DC 20044-0683
517399684      +Zoobeedu, Inc dba Home Towne RX,   c/o Corp. Service Co. registered agent,
                 251 Little Falls Drive,   Wilmington, DE 19808-1674
517399685      +Zoobeedu, LLC,   100 Province Line Road,   Skillman, NJ 08558-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QTJORR.COM Oct 30 2019 03:08:00      Thomas Orr,   Law Office of Thomas J. Orr,
                 321 High Street,   Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 23:56:14      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 29 2019 23:56:11      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517399627      +E-mail/Text: bankruptcy@afm-usa.com Oct 29 2019 23:56:47      American Financial Man,
                 8755 W Higgins Rd Ste 61,   Chicago, IL 60631-2751
517399628      +EDI: APPLIEDBANK.COM Oct 30 2019 03:08:00      Applied Bank,   Po Box 17125,
                 Wilmington, DE 19850-7125
517399630      +EDI: BANKAMER.COM Oct 30 2019 03:08:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
517399631      +EDI: CAPITALONE.COM Oct 30 2019 03:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517399633      +EDI: CHASE.COM Oct 30 2019 03:08:00      Chase Card Services,   Attn: Correspondence,
                 Po Box 15278,   Wilmington, DE 19850-5278
517399634      +EDI: CITICORP.COM Oct 30 2019 03:08:00      Citicards Cbna,
                 Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,   Saint Louis, MO 63179-0040
517399635      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 29 2019 23:51:58      Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
517399638      +E-mail/Text: electronicbkydocs@nelnet.net Oct 29 2019 23:56:17      Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
517399645       EDI: IRS.COM Oct 30 2019 03:08:00      Internal Revenue Service,   Bankruptcy Department,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517399654      +EDI: LTDFINANCIAL.COM Oct 30 2019 03:08:00      LTD Financial Services,
                 for First National Credit Card,   7322 SW Freeway,   Suite 1600,   Houston, TX 77074-2134
517399657      +E-mail/Text: bknotices@mbandw.com Oct 29 2019 23:56:35      McCarthy, Burgess & Wolff,
                 Attys for Time Payment Corp,   26000 Cannon Road,   Cleveland, OH 44146-1807
517399656      +E-mail/Text: bknotices@mbandw.com Oct 29 2019 23:56:35      McCarthy, Burgess & Wolff,
                 Attys for Top RX,   26000 Cannon Road,   Cleveland, OH 44146-1807
517399660      +EDI: NAVIENTFKASMSERV.COM Oct 30 2019 03:08:00      Navient,   Attn: Bankruptcy,   Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
517399678       EDI: TFSR.COM Oct 30 2019 03:08:00      Toyota Motor Credit Co,   Po Box 8026,
                 Cedar Rapids, IA 52408
517399677      +E-mail/Text: marisa.sheppard@timepayment.com Oct 29 2019 23:56:22      Timepayment Corp LLC,
                 16 New England Executive Office Park S.,   Burlington, MA 01803-5217
517863677       EDI: BL-TOYOTA.COM Oct 30 2019 03:08:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517399679      +E-mail/Text: mjarzyk@rbacloan.com Oct 29 2019 23:56:19      Trenton Business Assistance Corp,
                 3111 Quakerbridge Road,   Mercerville, NJ 08619-1634
517399680      +E-mail/Text: mjarzyk@rbacloan.com Oct 29 2019 23:56:19
                 Trenton Business Assistance Corp-rbac,   3111 Quakerbridge Road,   2nd Floor,
                 Mercerville, NJ 08619-1634
517399683       EDI: USBANKARS.COM Oct 30 2019 03:08:00      US Bank,   Bankruptcy Department,   Po Box 5229,
                 Cincinnati, OH 45201
517399681      +E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 23:56:14      United States Attorney,
                 Peter Rodino Federal Building,   970 Broad Street, Suite 700,   Newark, NJ 07102-2527
                                                                                              TOTAL: 23

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517544962        Bajua Managment
cr*            +Suresh Patel,   11 Emerald Road,   Robbinsville, nj 08691-3169
517399626     ##+Aisha S. Bhatti,   100 Province Line Road,   Skillman, NJ 08558-1103
517399653     ##+Leonard Marshall,   350 Prospect Avenue,   Unit 501,   Hackensack, NJ 07601-2587
517399674     ##+Suresh Patel,   11 Emerald Road,   Robbinsville, NJ 08691-3169
                                                                                   TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3           User: admin              Page 3 of 3             Date Rcvd: Oct 29, 2019
                               Form ID: 318             Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:

```
          Allen I Gorski    on behalf of Debtor Mustafa J. Bhatti agorski@gorskiknowlton.com
          Andrea  Dobin    on behalf of Trustee Thomas   Orr adobin@msbnj.com
          Andrew J. Pincus    on behalf of Plaintiff    Itria Ventures, LLC ap@seidmanllc.com
          Andrew J. Pincus    on behalf of Creditor    Itria Ventures, LLC ap@seidmanllc.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elias  Abilheira    on behalf of Plaintiff Himanshu  Patel elias@anlegal.net,
           G32247@notify.cincompass.com
          Elias  Abilheira    on behalf of Plaintiff Ghanshyam  Roa elias@anlegal.net,
           G32247@notify.cincompass.com
          Elias   Abilheira    on behalf of Plaintiff Badrou   Chehili elias@anlegal.net,
           G32247@notify.cincompass.com
          Elias  Abilheira    on behalf of Plaintiff Suresh  Patel elias@anlegal.net,
           G32247@notify.cincompass.com
          Elias  Abilheira    on behalf of Plaintiff Danish   Khawaja elias@anlegal.net,
           G32247@notify.cincompass.com
          Elias  Abilheira    on behalf of Plaintiff Manish  Patel elias@anlegal.net,
           G32247@notify.cincompass.com
          Elias  Abilheira    on behalf of Plaintiff Manoj  Parikh elias@anlegal.net,
           G32247@notify.cincompass.com
          Elias  Abilheira    on behalf of Plaintiff Amir   Ahmad elias@anlegal.net,
           G32247@notify.cincompass.com
          Elias  Abilheira    on behalf of Creditor Suresh   Patel elias@anlegal.net,
           G32247@notify.cincompass.com
          Jay L. Lubetkin    on behalf of Creditor    Raab Pharmaceuticals LLC jlubetkin@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Thomas  Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 18
```